IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A., APPLICANT-MOVANT;**<br>*Plaintiff*,<br><br>v.<br><br>**WILLIAM SNYDER, ADVERSE PARTIES-RESPONDENTS; AND SHIRLEY SNYDER, ADVERSE PARTIES-RESPONDENTS;**<br>*Defendants*, | § § § § § § § § § § § | MO:23-CV-00107-DC |

## FINAL JUDGMENT

On this date, the Court issued an order confirming Wells Fargo Bank, N.A.'s Application to Confirm Arbitration Award. (Doc. 8). Accordingly, the arbitrator's award is **CONFIRMED**, incorporated by reference, and shall be the judgment of this Court.

It is therefore **ORDERED** that the case is **CLOSED**.

It is **ORDERED**.

**SIGNED** this 5th day of January, 2024.

*/s/ David Counts*
DAVID COUNTS
UNITED STATES DISTRICT JUDGE